UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANY MANZO,<br><br>    Plaintiff<br><br>v.<br><br>PRIMECARE MEDICAL, INC.,<br><br>    Defendant | CIVIL ACTION NO. 3:23-CV-1216<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, this 28th day of June, 2024, **IT IS FURTHER ORDERED** that the parties shall have until July 12, 2024 to finalize all terms of the settlement agreement and file the paperwork pursuant to Rule 41.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**