UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANY MANZO,<br><br>      Plaintiff<br><br>  v.<br><br>PRIMECARE MEDICAL, INC.,<br><br>      Defendant | CIVIL ACTION NO. 3:23-CV-1216<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, this 8th day of August, 2024, I**T IS HEREBY ORDERED** that the stipulation of dismissal (Doc. 31) is **APPROVED**. The above-captioned case is **DISMISSED** with prejudice.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**